```
              DISTRICT COURT OF THE VIRGIN ISLANDS
              DIVISION OF ST. THOMAS AND ST. JOHN
```

| | |
|---|---|
| MICHELLE TROTTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 2014-99 |
| ) | |
| 7R HOLDINGS, LLC, LUIS A. RUBI ) | |
| GONZALEZ, M/Y OLGA, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**ATTORNEYS:**

**Thomas F. Friedberg, Esq.**
Law Offices of Friedberg & Bunge
San Diego, CA
    *For the plaintiff,*

**Jennifer Quildon Miller, Esq.**
Hanilton, Miller & Birthisel, LLP
Miami, FL
    *For the defendants.*

## JUDGMENT

**GÓMEZ, J.**

Before the Court is the motion of the defendants 7R Holdings, LLC, M/Y Olga, and Luis A. Rubi Gonzalez (collectively the "defendants") to dismiss this case for *forum non conveniens*.

For the reasons articulated in the Memorandum Opinion of even date, it is hereby

*Trotter v. 7R Holdings, LLC*
Civil No. 14-99
Page 2

**ORDERED** that 7R Holdings, LLC; M/Y Olga; and Luis A. Rubi Gonzalez's Motion to Dismiss is **GRANTED**; it is further

**ORDERED** that the Complaint is **DISMISSED**; it is further

**ORDERED** that the Clerk of Court shall **CLOSE** this case.

                                      S\_____
                                            **Curtis V. Gómez**
                                            **District Judge**